IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE BRIGGS, | No. C 17-6511 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ARRON K. BAKER; S. GLASPER; BRANDON BUTTS; | |
| Defendants. | |

This is a civil rights action filed under 42 U.S.C. 1983 by a jail inmate proceeding pro se. On December 4, 2017, the order of service was mailed to plaintiff at the address he provided on his complaint. On December 22, 2017, the order was returned by the postal service as undeliverable because plaintiff was not located at the address he provided. Plaintiff has not notified the clerk of his current address. Pursuant to Local Rule 3-11(b) — requiring parties to keep the court informed of their current mailing address and stating that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice — this case is **Dismissed** without prejudice. *See also* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: February 27, 2018

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE